**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-391-HCM |
| ) | |
| GEORGE E. SCHAEFER, in his official ) | |
| capacity as Clerk of the Circuit Court for ) | |
| Norfolk, Virginia, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS PURSUANT
TO FED. R. CIV. P. 12(b)(3), 12(b)(7), and 21**

Defendants, George E. Schaefer, in his official capacity as Clerk of the Circuit Court for Norfolk, Virginia (the "Norfolk Clerk"), and Jacqueline C. Smith, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia (the "Prince William Clerk") (collectively, the "Defendants"), by counsel, respectfully move to dismiss the Complaint filed in this matter pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3) (as to the Prince William Clerk only), 12(b)(6), 12(b)(7), and 21. The grounds for this motion are set forth in the memorandum in support filed simultaneously herewith.

**Date:** August 23, 2018

Respectfully submitted,

GEORGE E. SHAEFER, in his official capacity as Clerk of the Circuit Court for Norfolk, Virginia

and

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

By: /s/
William W. Tunner (VSB No. 38358)
William D. Prince IV (VSB No. 77209)
Michael G. Matheson (VSB No. 82391)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
mmatheson@t-mlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Conrad M. Shumadine (VSB No. 4325)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Tel: (757) 628-5500
Fax: (757) 628-5566
cshumadine@wilsav.com
*Counsel for Plaintiff Courthouse News Service*

William Hibsher, Esq. (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 541-2000
Fax: (212) 541-4630
wjhibsher@bclplaw.com

Heather S. Goldman, Esq. (admitted *pro hac vice*)
Bryan J. Harrison, Esq. (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
1155 F Street, NW, Suite 700
Washington, DC 20004
Tel: (202) 508-6000
Fax: (202) 508-6200
Heather.goldman@bclplaw.com
Bryan.harrison@bclplaw.com
*Counsel for Plaintiff Courthouse News Service*

By:   /s/
William D. Prince IV (VSB No. 77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wprince@t-mlaw.com
*Counsel for Defendants*