**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-391-HCM |
| GEORGE E. SCHAEFER, in his official capacity as Clerk of the Circuit Court for Norfolk, Virginia, *et al.*, | ) |
| Defendants. | ) |

## **NOTICE OF APPEAL**

NOTICE is given that the defendants, George E. Schaefer, in his official capacity as Clerk of the Circuit Court for Norfolk, Virginia, and Jacqueline C. Smith, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from: (1) the Opinion and Order (ECF No. 102) entered in this action on February 21, 2020; (2) the Order (ECF No. 97) entered in this action on February 7, 2020; and (3) the Opinion and Order (ECF No. 48) entered in this action on March 18, 2019.

    Respectfully submitted,

    GEORGE E. SCHAEFER, in his official capacity
    as Clerk of the Circuit Court for Norfolk, Virginia

    and

    JACQUELINE C. SMITH, in her official capacity
    as Clerk of the Circuit Court for Prince William
    County, Virginia

By: ___/s/_____
William W. Tunner (VSB No. 38358)
William D. Prince IV (VSB No. 77209)
Michael G. Matheson (VSB No. 82391)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 698-6254
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
mmatheson@t-mlaw.com
*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Conrad M. Shumadine (VSB No. 4325)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Tel: (757) 628-5500
Fax: (757) 628-5566
cshumadine@wilsav.com

William Hibsher, Esq. (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 541-2000
Fax: (212) 541-4630
wjhibsher@bclplaw.com

Heather S. Goldman, Esq. (admitted *pro hac vice*)
Bryan J. Harrison, Esq. (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
1155 F Street, NW, Suite 700
Washington, DC 20004
Tel: (202) 508-6000
Fax: (202) 508-6200
heather.goldman@bclplaw.com
bryan.harrison@bclplaw.com

*Counsel for Plaintiff Courthouse News Service*

By: ___/s/_____
William D. Prince IV (VSB No. 77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 698-6254
Fax: (804) 780-1813
wprince@t-mlaw.com
*Counsel for Defendants*