FILED:  September 10, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-1964
(2:18-cv-00391-HCM-LRL)

_____

COURTHOUSE NEWS SERVICE

      Plaintiff - Appellee

v.

GEORGE SCHAEFER, in his official capacity as Clerk of the Circuit Court for
Norfolk, Virginia; JACQUELINE SMITH, in her official capacity as Clerk of the
Circuit Court for Prince William County, Virginia

      Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:18-cv-00391-HCM-LRL |
| Date notice of appeal filed in originating court: | 09/04/2020 |
| Appellant(s) | George E. Schaefer; Jacqueline C. Smith |
| Appellate Case Number | 20-1964 |
| Case Manager | T. Fischer 804-916-2704 |