```
                                                        FILED
                                                     MAR - 4 2021
          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    Norfolk Division                CLERK, U.S. DISTRICT COURT
                                                         NORFOLK, VA
```

COURTHOUSE NEWS SERVICE,      )
                              )
    Plaintiff,                )
                              )
v.                            )   Case No. 2:18-cv-391-HCM
                              )
GEORGE E. SCHAEFER, in his official )
capacity as Clerk of the Circuit Court for )
Norfolk, Virginia, *et al.*,  )
                              )
    Defendants.               )

## ORDER

This matter comes before the Court on the Rule 62(b) Motion for Stay by Bond (the "Motion") filed by the Defendants, George E. Schaefer, in his official capacity as Clerk of the Circuit Court for the City of Norfolk, Virginia, and Jacqueline C. Smith, in her official capacity as Clerk of the Circuit Court for the County of Prince William, Virginia (collectively, the "Defendants"), in which Defendants request that this Court approve an Appeal Bond underwritten by Fidelity and Deposit Company of Maryland, an Illinois corporation, as security for the judgment for attorneys' fees and expenses entered by this Court's Opinion and Order dated September 4, 2020 (the "Fee Award"). Defendants further request that this Court stay execution of the Fee Award upon the terms provided in the Appeal Bond. The Motion is unopposed by plaintiff Courthouse News Service. The Court FINDS that the Appeal Bond is sufficient security for the Fee Award. Pursuant to Fed. R. Civ. P. 62(b), the Court will GRANT the Motion. The Appeal Bond is hereby APPROVED. In accordance with Rule 62(b), execution of the Fee Award,

including any proceedings to enforce the Fee Award, is thereby STAYED upon the terms specified in the Appeal Bond.

It is so ORDERED.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

The Honorable Henry C. Morgan, Jr.
Senior United States District Judge

Norfolk, Virginia
Date: 3/3/21